IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TERRENCE HEATH WYNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 317-048 |
| | ) | |
| NANCY A. BERRYHILL, Deputy Commissioner for Operations of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Pursuant to sentence four of 42 U.S.C. § 405(g), the Court **REVERSES** the Acting Commissioner's final decision and **REMANDS** this case to the Acting Commissioner for further consideration in accordance with the Court's opinion.

SO ORDERED this 7th day of January, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE